# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Lance Laconi

### DEFENDANTS

Michael Ghosh

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   HAMILTON
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

David C. Crossley, Esq., Crossley Law Offices, LLC
448 Concord Street, Framingham, MA 01702

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☐ 3  Federal Question *(U.S. Government Not a Party)* |
| ☐ 2  U.S. Government Defendant | ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☒ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC section 1134(b)  non-core matter under exclusive jurisdiction of Federal District Courts

Brief description of cause:
Fraud, Deceit, Misrepresentation

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $  to be determined

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*  JUDGE _____  DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 01/15/2025 | /s/ David C. Crossley |

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Case Number:

_____ /

Lance Laconi,                                      /
                                                           /
          Plaintiff                               /
                                                           /
                                                           /
v.                                                     /          COMPLAINT
                                                           /
Michael Ghosh,                                /
                                                           /
          Defendant.                          /
_____/

**COMPLAINT**

_____

INTRODUCTION

1. Lance Laconi ("Laconi") brings this action to redress the harm caused to him by Michael Ghosh's ("Ghosh") acts of fraud and misrepresentation with respect to Ghosh's filing of certain documents in the Chapter 7 Bankruptcy Case of Luke Leon Tooley (United States Bankruptcy Court case number 19-41928). Ghosh knowingly and fraudulently made a materially false statement regarding the status of certain debts allegedly owed to him by Luke Leon Tooley with the intent to hinder, delay and defraud Tooley's other creditors (including Laconi), and a false oath or account through Ghosh's filing of a Proof of Claim, which misrepresented the nature of a debt allegedly owed to Ghosh. The filing of said documents caused Laconi to lose funds. This is an action for Fraud, Deceit and Misrepresentation, and Laconi brings this action to be compensated for the financial loss

he has suffered as a result of the Defendant's actions and to obtain a judgment against the Defendant.

## PARTIES

2. The Plaintiff is Lance Laconi, a natural person with a principal residence located at 1089 3rd Avenue SW, Carmel, IN 46032-7584.

3. Upon information and belief, Defendant, Michael Ghosh, is a natural person with a principal residence located at 275 Medical Drive #313, Carmel, IN 46082-0115.

## JURISDICTION AND VENUE

4. Under 28 USC section 1134(b) this Court, as opposed to the Bankruptcy Court, has jurisdiction over this action because (1) the Plaintiff's claims against the Defendant are non-core matter claims, (2) the district court alone is authorized to enter a final order or judgment in a non-core matter (See, In re Palmer Trucking Co., Inc., 201 B.R. 9, 17 (Bankr. D. Mass. 1996)), and (3) the Plaintiff's claims of fraud and misrepresentation require a jury trial which this District Court, as opposed to the Bankruptcy Court, has the sole jurisdiction to finally adjudicate.  These reasons render the Bankruptcy Court an improper venue.  Accordingly, the District Court is the only Court of proper jurisdiction for this proceeding.

5. This Court has personal jurisdiction over Ghosh because this action arises out of Ghosh's filing a Proof of Claim and/or other documents in the Chapter 7 Bankruptcy Case of Luke Leon Tooley (United States Bankruptcy Court case number 19-41928) in the bankruptcy Court for the Central District of Massachusetts.

## FACTS COMMON TO ALL COUNTS

6. On December 11, 2019, Tooley (hereinafter Tooley may be referred to as "Tooley" or "Debtor") filed a Chapter 7 Bankruptcy case (Case Number 19-41928) in the United States Bankruptcy Court for the Central District of Massachusetts.

7. On March 12, 2020, the Plaintiff filed a Proof of Claim ("POC") (POC Number 2) in Tooley's case asserting a total claim of $9,200.00. (See, **Exhibit A**).

8. On April 17, 2020, Michael Ghosh filed a POC (POC Number 3, 3-1) in Tooley's case asserting a total claim of $159,567.13, and further asserting that $47,300.51 of that claim was entitled to priority status treatment as a domestic support obligation (including alimony and child support) pursuant to 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). (See, **Exhibit B**).

9. On December 20, 2021, the Chapter 7 Trustee (Joseph H. Baldiga, Esq.) filed the Trustee's Final Report and Account After Distribution ("Trustee's Final Report" [Docket Number 260]) indicating that $7,500.00 had been distributed from the Bankruptcy Estate (the "Estate") to creditor Michael Ghosh, specifically with respect to the priority general unsecured claim of $47,300.51 (See, **Exhibit C** - Docket Number 260 at Exhibit 6 thereof).

10. The Court closed Tooley's bankruptcy case on April 18, 2022.

11. Laconi has recently learned of this $7,500.00 distribution from the Estate to Michael Ghosh, and of Michael Ghosh's POC asserting priority status treatment in part.

12. Upon information and belief, Michael Ghosh never held a claim against the debtor entitled to priority treatment as a domestic support obligation (including alimony and child support) pursuant to 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

13. Laconi, as a creditor of Tooley's, has suffered damages as a result of the $7,500.00 distribution from the Estate to Michael Ghosh, which distribution was made entirely based upon Ghosh's false representation that $47,300.51 of his claim against Tooley was entitled to priority status treatment as a domestic support obligation (including alimony and child support) pursuant to 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

COUNT I

MISREPRESENTATION

14. Plaintiff incorporates herein by reference the allegations of paragraphs 1 through 13 above.

15. On April 17, 2020, Michael Ghosh filed a POC (POC Number 3, 3-1) in Tooley's case

asserting a total claim of $159,567.13, and further asserting that $47,300.51 of that claim was entitled to priority status treatment as a domestic support obligation (including alimony and child support) pursuant to 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  (See, **Exhibit B**).

16. Upon information and belief, Michael Ghosh never held a claim against the debtor entitled to priority treatment as a domestic support obligation (including alimony and child support) pursuant to 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

17. Laconi, as a creditor of Tooley's, has suffered damages as a result of the $7,500.00 distribution from the Estate to Michael Ghosh, which distribution was made entirely based upon Ghosh's false representation that $47,300.51 of his claim against Tooley was entitled to priority status treatment as a domestic support obligation (including alimony and child support) pursuant to 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

18. Ghosh's representations (identified next above) are false representations of material facts.

19. Ghosh knew, or should have known, that his representations were false.

20. Ghosh made said representations with the intent that third-parties rely thereon.

21. Third-parties have in fact relied upon Ghosh's material false representations.

22. As a direct and proximate result of Ghosh's material false representations, the Chapter 7 Trustee (Joseph H. Baldiga, Esq., distributed $7,500.00 from the Bankruptcy Estate to Ghosh, specifically with respect to the priority general unsecured claim of $47,300.51.

23. Plaintiff has suffered damages.

<u>COUNT II</u>

FRAUD/DECEIT

24. Plaintiff incorporates herein by reference the allegations of paragraphs 1 through 23 above.

25. Laconi, as a creditor of Tooley's, has suffered damages as a result of the $7,500.00

distribution from the Estate to Michael Ghosh, which distribution was made entirely based upon Ghosh's false representation that $47,300.51 of his claim against Tooley was entitled to priority status treatment as a domestic support obligation (including alimony and child support) pursuant to 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

26. Ghosh's representations (identified next above) are false representations of material facts.

27. Ghosh knew, should have known, or was reckless about his false representations and/or Ghosh failed to exercise reasonable care in providing accurate information.

28. Ghosh intended to deceive Tooley's other creditors, the Chapter 7 Trustee, the Bankruptcy Estate, and the Bankruptcy Court with his false statement.

29. Laconi relied upon, and his actions were influenced by, Ghosh's false representations.

30. Other third-parties also relied upon Ghosh's material false representations.

31. As a direct and proximate result of Ghosh's material false representations, the Chapter 7 Trustee (Joseph H. Baldiga, Esq., distributed $7,500.00 from the Bankruptcy Estate to Ghosh, specifically with respect to the priority general unsecured claim of $47,300.51.

32. Plaintiff has suffered damages.

<div align="center">RELIEF REQUESTED</div>

WHEREFORE, the Plaintiff respectfully requests that this Court:

1. Enter judgment in favor of the Plaintiff against the Defendant under Counts 1 and 2 awarding Plaintiff monetary damages in an amount to be determined at trial.

2. Grant such further and additional relief as is just and appropriate.

**PLAINTIFF CLAIMS A TRIAL BY JURY ON ALL CLAIMS SO TRIABLE**

Dated: January 15, 2025

PLAINTIFF
Lance Laconi
By his attorneys,

**/s/ David C. Crossley**_____
DAVID C. CROSSLEY, ESQ. (BBO#648197)
For CROSSLEY LAW OFFICES, LLC
448 Concord Street / Rte 126
Framingham, MA 01702
Tel. (508) 655-6085
Fax: (508) 310-9022
Email: dcrossley@crossley-law.com

Attorneys for the Plaintiff(s)

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Luke Tooley |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court | **District of Massachusetts** |
| Case number: | **19−41928** |

FILED
**U.S. Bankruptcy Court**
**District of Massachusetts**
3/12/2020
**Mary P. Sharon, Clerk**

**EXHIBIT A**

Official Form 410
# Proof of Claim

**04/19**

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Lance Laconi
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor ______

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? ______

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|
| Lance Laconi<br>Name | Name |
| 1089 3rd Avenue SW<br>Carmel, IN 46032−4603 | |
| Contact phone 3172250759 | Contact phone ______ |
| Contact email llaconi@sbcglobal.net | Contact email ______ |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
______

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) ______ Filed on ______ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? ______

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| 6.**Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ | |

| | | |
|---|---|---|
| 7.**How much is the claim?** | $ 9200.00 | **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

8.**What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

Attorney fees paid by Lance Laconi for Luke Tooley

9. **Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate.  If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ _____

**Amount of the claim that is secured:** $ _____

**Amount of the claim that is unsecured:** $ _____  (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate** (when case was filed) _____ %

☐ Fixed
☐ Variable

| | | |
|---|---|---|
| 10.**Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ | |

| | | |
|---|---|---|
| 11.**Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ | |

| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No<br>☐ Yes. *Check all that apply*: | **Amount entitled to priority** |
|---|---|---|---|

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  $ _____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).  $ _____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).  $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).  $ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies  $ _____

\* Amounts are subject to adjustment on 4/1/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑  I am the creditor.

☐  I am the creditor's attorney or authorized agent.

☐  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   3/12/2020
                          MM / DD / YYYY

/s/  Lance Laconi

Signature

Print the name of the person who is completing and signing this claim:

Name    Lance Laconi
        First name       Middle name       Last name

Title

Company
        Identify the corporate servicer as the company if the authorized agent is a servicer

Address   1089 3rd avenue SW
          Number   Street
          Carmel, IN 46032
          City   State   ZIP Code

Contact phone _____   Email _____

Official Form 410                          Proof of Claim                          page 3

To unsubscribe from the EPOC list, click the following link:
https://iris.nyed.circ2.dcn/cgi–bin/wa?SUBED1=EPOC&A=1

Case 19-41528-11207-DHH    Filed 03/12/20    Desc Main Document    Page 41 of 4

To unsubscribe from the EPOC list, click the following link:
https://iris.nyed.circ2.dcn/cgi–bin/wa?SUBED1=EPOC&A=1

**Fill in this information to identify the case:**

Debtor 1   Luke Tooley

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **District of Massachusetts**

Case number:  **19–41928**

FILED

**U.S. Bankruptcy Court
District of Massachusetts**

4/17/2020

**Mary P. Sharon, Clerk**

Official Form 410
# Proof of Claim

## EXHIBIT B

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Michael Ghosh

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| --- | --- |
| Michael Ghosh | |
| Name | Name |
| 275 Medical Drive #313 Carmel, IN 46082 | |
| Contact phone       3175728571 | Contact phone |
| Contact email    Mike@GhoshLegal.com | Contact email |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____
                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

Official Form 410                    Proof of Claim                    page 1

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

| 6. | **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |
|---|---|---|

| 7. | **How much is the claim?** | $ 159567.13 | **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
|---|---|---|---|

| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>Jdmt. and punitive dmgs. for violations of IUFTA based on collection of domestic support obligations agnst. co-def. |
|---|---|---|

| 9. | **Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate.    If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**  $ _____<br><br>**Amount of the claim that is secured:**  $ _____<br><br>**Amount of the claim that is unsecured:**  $ _____    (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**  $ _____<br><br>**Annual Interest Rate** (when case was filed)  _____ %<br><br>☐  Fixed<br>☐  Variable |
|---|---|---|

| 10. | **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |
|---|---|---|

| 11. | **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |
|---|---|---|

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No <br> ☑ Yes. *Check all that apply*: | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ 47300.51 |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ |
| | * Amounts are subject to adjustment on 4/1/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    4/17/2020

MM / DD / YYYY

/s/ Michael Ghosh

Signature

Print the name of the person who is completing and signing this claim:

Name    Michael Ghosh

First name    Middle name    Last name

Title

Company

Identify the corporate servicer as the company if the authorized agent is a servicer

Address    275 Medical Drive #313

Number   Street

Carmel, IN 46082–4608

City   State   ZIP Code

Contact phone   3175728571    Email   Mike@GhoshLegal.com

Official Form 410    Proof of Claim    page 3

To unsubscribe from the EPOC list, click the following link:
https://iris.nyed.circ2.dcn/cgi–bin/wa?SUBED1=EPOC&A=1

To unsubscribe from the EPOC list, click the following link:
https://iris.nyed.circ2.dcn/cgi–bin/wa?SUBED1=EPOC&A=1

Case 19-41928-11107-BH  Filed 04/17/20  Desc Main Document  Page 41 of 4

To unsubscribe from the EPOC list, click the following link:
https://iris.nyed.circ2.dcn/cgi–bin/wa?SUBED1=EPOC&A=1

SSTATE OF INDIANA ) IN THE HAMILTON SUPERIOR COURT 2
) SS: CIVIL DIVISION
COUNTY OF HAMILTON ) CAUSE NO. 29D02-1707-PL-006437

MICHAEL GHOSH, )
      Plaintiff, )
 vs. )
)
MELEEKA CLARY-GHOSH, )
MCM FASHIONS, LLC, )
TCD PRODUCTIONS, LLC )
ANDREW L. CLARY JR., and )
LUKE L. TOOLEY JR., )
)
      Defendants. )

**FILED**

May 1, 2019
CLERK OF THE HAMILTON
CIRCUIT COURT

## Entry of Default

Plaintiff Michael Ghosh requests that the Court enter default against Defendant Luke L. Tooley Jr. pursuant to Indiana Rules of Trial Procedure 55(A). It appearing from the record that Defendant Luke L. Tooley Jr. has failed to appear, plead or otherwise defend, the default of Defendant Luke L. Tooley, Jr. is HEREBY ENTERED pursuant to Indiana Rules of Trial Procedure 55(A).

The Court FINDS that Plaintiff Michael Ghosh's claims seek a sum certain, as his damages from the tortious actions of Defendant Luke L. Tooley, Jr. are readily ascertainable from the documentary evidence. The Court therefore GRANTS Plaintiff Michael Ghosh JUDGMENT against Defendant Luke L. Tooley, Jr. in the principal amount of Eighty-Four Thousand Five Hundred Sixty-Seven and 13/100 Dollars ($84,567.13) for violations of the Indiana Uniform Fraudulent Transfer Act, Ind. Code § 32-28-2 *et seq.*, plus interest on the judgment at the legal rate until the judgment is satisfied.

The Court further FINDS that Plaintiff Michael Ghosh is entitled to an award of punitive damages against Defendant Luke L. Tooley, Jr. in the amount of Seventy-Five Thousand and 00/100 Dollars ($75,000.00) for his fraudulent conduct, plus interest on the judgment at the legal rate until the

1

judgment is satisfied.

The Court also FINDS that Plaintiff Michael Ghosh is entitled to an award of the costs of this action, including reasonable attorney's fees, against Defendant Luke L. Tooley, Jr. The matter of the attorney's fees and costs must be determined at a damages hearing pursuant to Rule 55(B). The hearing will be conducted on the **24** day of _____**June**_____, 2019 at ____**3:00**____ o'clock **p**.m. **(1 Hour).**

SO ORDERED: **May 1, 2019**

JONATHAN M. BROWN, JUDGE
HAMILTON SUPERIOR COURT NO. 2

DH

Distribution:

Service will be made electronically
on all counsel of record via email generated
by the Court's electronic case filing system

Copy by U.S. Mail to:

TCD Productions, LLC
1089 3rd Avenue SW, Suite 201A
Carmel, Indiana 46032

Andrew L. Clary Jr.
1430 Bluehill Avenue
Mattapan, Massachusetts 02126

Luke L. Tooley Jr.
11 Crawfield Street
Dorchester, Massachusetts 02125

5/1/19 js

# EXHIBIT C

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS
### CENTRAL DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| LUKE LEON TOOLEY | § | Case No. 19-41928 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph H. Baldiga, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 247,106.14
*(Without deducting any secured claims)*

Assets Exempt: 1,122.00

Total Distributions to Claimants: 7,500.00

Claims Discharged
Without Payment: 209,682.61

Total Expenses of Administration: 23,500.00

3) Total gross receipts of $31,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $31,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) *(Page: 1)*

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $33,988.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 52,177.18 | 52,177.18 | 23,500.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 47,300.51 | 47,300.51 | 7,500.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 93,920.00 | 126,974.10 | 126,974.10 | 0.00 |
| **TOTAL DISBURSEMENTS** | $127,908.00 | $226,451.79 | $226,451.79 | $31,000.00 |

4)  This case was originally filed under chapter 7 on 12/11/2019.  The case was pending for 24 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/07/2021                    By:/s/Joseph H. Baldiga, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| LUKE TOOLEY, JR. REVOCABLE TRUST (PROPERTY IN INDIANA) | 1141-000 | 20,000.00 |
| DEBTOR COUNSEL SANCTIONS PAYMENTS/COURT ORDERED PAYMENTS | 1249-000 | 11,000.00 |
| TOTAL GROSS RECEIPTS | | $31,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nissan Motor Acceptanc | | 0.00 | NA | NA | 0.00 |
| | Santander Consumer Usa | | 33,988.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $33,988.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joseph H. Baldiga Chapter 7 Trustee | 2100-000 | NA | 2,191.17 | 2,191.17 | 2,191.17 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 14.10 | 14.10 | 14.10 |
| Axos Bank | 2600-000 | NA | 30.49 | 30.49 | 30.49 |
| UNITED STATES BANKRUPTCY COURT | 2700-000 | NA | 412.00 | 412.00 | 412.00 |
| COMMONWEALTH OF MASSACHUSETTS | 2820-000 | NA | 379.00 | 379.00 | 379.00 |
| MIRICK, O'CONNELL | 3110-000 | NA | 46,635.50 | 46,635.50 | 19,041.91 |
| MIRICK, O'CONNELL | 3120-000 | NA | 866.81 | 866.81 | 493.33 |
| VERDOLINO & LOWEY, P.C. | 3410-000 | NA | 1,584.00 | 1,584.00 | 901.51 |
| VERDOLINO & LOWEY, P.C. | 3420-000 | NA | 64.11 | 64.11 | 36.49 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $52,177.18 | $52,177.18 | $23,500.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3A | MICHAEL GHOSH | 5700-000 | NA | 47,300.51 | 47,300.51 | 7,500.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $47,300.51 | $47,300.51 | $7,500.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Boston Medical Hospital | | 3,500.00 | NA | NA | 0.00 |
| | First Premier Bank | | 0.00 | NA | NA | 0.00 |
| | Indianapolis Star (IndyStar) | | 449.00 | NA | NA | 0.00 |
| | Menards | | 4,800.00 | NA | NA | 0.00 |
| | UAP Clinic llc | | 171.00 | NA | NA | 0.00 |
| | Us Dept Ed | | 0.00 | NA | NA | 0.00 |
| 2 | LANCE LACONI | 7100-000 | NA | 9,200.00 | 9,200.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1A | MASSACHUSETTS DEPARTMENT OF REVENUE | 7100-000 | NA | 4,107.48 | 4,107.48 | 0.00 |
| 3B | MICHAEL GHOSH | 7100-000 | 85,000.00 | 112,266.62 | 112,266.62 | 0.00 |
| 1B | MASSACHUSETTS DEPARTMENT OF REVENUE | 7400-000 | NA | 1,400.00 | 1,400.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $93,920.00 | $126,974.10 | $126,974.10 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 19-41928 | CJP | Judge: | Christopher J. Panos | Trustee Name: | Joseph H. Baldiga, Trustee |

Case Name: LUKE LEON TOOLEY

Date Filed (f) or Converted (c): 12/11/2019 (f)

341(a) Meeting Date: 01/08/2020

For Period Ending: 12/07/2021

Claims Bar Date: 04/20/2020

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HOUSEHOLD GOODS AND FURNISHINGS | 132.00 | 0.00 | | 0.00 | FA |
| 2. ELECTRONICS | 167.00 | 0.00 | | 0.00 | FA |
| 3. COLLECTIBLES OF VALUE | 90.00 | 0.00 | | 0.00 | FA |
| 4. CLOTHES | 400.00 | 0.00 | | 0.00 | FA |
| 5. 1 WATER BOTTLE; HOUSEHOLD CLEANERS/HYGIENE PRODUCTS/HOME REMEDY MEDICATIONS | 8.00 | 0.00 | | 0.00 | FA |
| 6. CASH | 150.00 | 0.00 | | 0.00 | FA |
| 7. LUKE TOOLEY, JR. REVOCABLE TRUST (PROPERTY IN INDIANA) | Unknown | 20,000.00 | | 20,000.00 | FA |
| 8. TCD PRODUCTIONS, LLC (DISSOLVED DEC. 2019) 100% OWNERSHIP (u) | Unknown | 0.00 | | 0.00 | FA |
| 9. 401K MANAGED BY THE STANDARD (u) | 246,781.14 | 0.00 | | 0.00 | FA |
| 10. SECURITY DEPOSIT FOR LEASE IN BILLERICA (u) | 500.00 | 0.00 | | 0.00 | FA |
| 11. INTERESTS IN INSURANCE POLICIES THROUGH EMPLOYER BENEFICIARY UNCERTAIN (u) | Unknown | 0.00 | | 0.00 | FA |
| 12. COUNTERCLAIM AGAINST MICHAEL GHOSH (INDIANA) (u) | Unknown | 0.00 | | 0.00 | FA |
| 13. DEBTOR COUNSEL SANCTIONS PAYMENTS/COURT ORDERED PAYMENTS (u) | 0.00 | 11,000.00 | | 11,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $248,228.14   $31,000.00   $31,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

- Laura Keeler 10/8/2021 - TFR APPROVED WITHOUT A HEARING.
- Laura Keeler 9/2/2021 - TFR SCHEDULED FOR HEARING ON 10/12/21.
- Laura Keeler 6/25/2021 - TFR SUBMITTED TO UST.
- Laura Keeler 4/7/2021 -TRUSTEE CASE REVIEW; TAXES RECEIVED; TO BEGIN TFR PREPARATION.
- Laura Keeler 1/12/2021 - TRUSTEE CASE REVIEW; SANCTIONS MOTION APPROVED. TAXES REQUESTED; ONCE RECEIVED WILL PROCEED WITH TFR.
- Laura Keeler 11/3/2020 - TRUSTEE CASE REVIEW; CREDITOR GHOSH HAS REPLACED THE TRUSTEE AS PLAINTIFF IN DISCHARGE ACTION; TRUSTEE'S
SETTLEMENT MOTION WITH RESPECT TO SANCTIONS MOTION IS AWAITING APPROVAL.
- Laura Keeler 8/6/2020 - SETTLEMENT WITH MARY BAO APPROVED; TRUSTEE WILL BE SERVING DISCOVERY IN CONNECTION WITH HIS SANCTIONS MOTION.
- Laura Keeler 5/13/2020 - TRUSTEE CASE REVIEW; CONTINUED 341 SCHEDULED FOR 6/24/20.
- Laura Keeler 2/20/2020 - TRUSTEE CASE REVIEW; HEARING SCHEDULED FOR 2/25 ON DEBTOR COUNSEL MOTION TO WITHDRAW.
- Laura Keeler 2/5/2020 - 341 MEETING NOT HELD.  TRUSTEE CONTINUED TO 3/11/20.
- Laura Keeler 1/28/2020 - TRUSTEE CASE REVIEW AND UPDATE FORM 1.
- Laura Keeler 1/7/2020 - TRUSTEE IS INVESTIGATING DEBTOR'S INTEREST IN A TRUST THAT HOLDS TITLE TO CERTAIN REAL ESTATE PARCELS AND VEHICLES.
- Laura Keeler 12/19/2019 - CREDITORS' MEETING NOT YET HELD - RESCHEDULED FROM 1/8/20 TO 2/5/20.

Exhibit 8

| RE PROP # | 1 | -- | 2 CURTAINS, 2 STORAGE BINS, 3 LAMPS, DRESSER DRAWER (USED), END TABLE (USED), FAN, HAMPER, SMALL TRASH CAN |
|---|---|---|---|
| RE PROP # | 2 | -- | ACER LAPTOP (OLD AND BARELY WORKS FROM 2008), AMAZON KINDLE, CHROMEBOOK, CLOCK RADIO, FILE CABINET (USED) |
| RE PROP # | 3 | -- | APPROXIMATELY 150 CD?S (MOST USED), RANDOM SOUVENIRS NOT WORTH MORE THAN $50 COMBINED |
| RE PROP # | 4 | -- | 1 PAIR SANDALS, 1 PAIR SLIPPERS, 2 PAIR BOOTS, 2 PAIR DRESS PANTS, 2 PAIR SHORTS, 2 SWEATSHIRTS (THIS ASSET AMENDED BY 49) |

RE PROP #     7  --  UNDER THIS LIVING TRUST THE GRANTOR LUKE L. TOOLEY JR. HAS CONVEYED, TRANSFERRED, OR ASSIGNED TO THE TRUSTEE (MARY BAO) THE FOLLOWING ASSETS AND PROPERTY TO BE MANAGED AND HELD UNDER THE TERMS OF AFOREMENTIONED:
REAL ESTATE PROPERTY - 1106 EAST MONROE STREET, KOKOMO IN 46901.
Assessor's value: $9,400;
REAL ESTATE PROPERTY - 1112 EAST TAYLOR STREET, KOKOMO IN 46901.
Assessor's value: $35,700;
SUZUKI 400 BERGERMAN SCOOTER
2002 MINI VENTURE
2005 GX470 LEXUS
2000 CLK 430 MERCEDES BENZ
2007 LINCOLN NAVIGATOR
2006 CLKS 500 MERCEDES BENZ
2007 7501 BMW
E. MONROE - REALTOR.COM $49,400
E. TAYLOR - REALTOR.COM $102,400
SUZUKI BURGMAN 400 (2006) - OFFERED AT $2,999 AT CYCLETRADER.COM
AUTOMOBILES:  PRIVATE PARTY VALUE FROM KELLY BLUE BOOK (KBB.COM (ASSUME GOOD CONDITION)
MINI VENTURE - $1,298
LEXUS GX 470 - $6,157
LINCOLN NAVIGATOR - $6,287
MERCEDES $6,637
BMW $5,194

THIS ASSET AMENDED BY AMENDMENTS 49 AND 111)

| RE PROP # | 8 | -- | (ASSET ADDED BY AMENDMENT 49) |
|---|---|---|---|
| RE PROP # | 9 | -- | (ASSET ADDED BY AMENDMENT 49) |
| RE PROP # | 10 | -- | (ASSET ADDED BY AMENDMENT 49) |
| RE PROP # | 11 | -- | (ASSET ADDED BY AMENDMENT 49) |
| RE PROP # | 12 | -- | (ASSET ADDED BY AMENDMENT 49) |
| RE PROP # | 13 | -- | FROM DEBTOR COUNSEL MATTHEW KIDD = $10,500 FROM DEBTOR COUNSEL DAVID BAKER = $500 |

Initial Projected Date of Final Report (TFR): 12/31/2020          Current Projected Date of Final Report (TFR): 06/30/2021

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 19-41928

Case Name: LUKE LEON TOOLEY

Taxpayer ID No: XX-XXX9005

For Period Ending: 12/07/2021

Trustee Name: Joseph H. Baldiga, Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0479

Checking

Blanket Bond (per case limit): $40,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/05/20 | | Transfer from Acct # xxxxxx0560 | Transfer of Funds | 9999-000 | $20,000.00 | | $20,000.00 |
| 08/05/20 | 2001 | UNITED STATES BANKRUPTCY COURT 211 DONOHUE FEDERAL BUILDING 595 MAIN STREET WORCESTER, MA 01608-2076 | REQUEST FOR AUDIO RECORDING OF 6/9/20 AND 7/16/20 HEARINGS. | 2700-000 | | $31.00 | $19,969.00 |
| 08/13/20 | 2002 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | BOND PAYMENT 2020-2021 | 2300-000 | | $14.10 | $19,954.90 |
| 08/14/20 | 2003 | UNITED STATES BANKRUPTCY COURT 211 DONOHUE FEDERAL BUILDING 595 MAIN STREET WORCESTER, MA 01608-2076 | REQUEST FOR AUDIO RECORDING (2 CDs) OF 6/9/20 AND 7/16/20 HEARINGS. | 2700-000 | | $31.00 | $19,923.90 |
| 08/14/20 | 2004 | UNITED STATES BANKRUPTCY COURT 211 DONOHUE FEDERAL BUILDING 595 MAIN STREET WORCESTER, MA 01608-2076 | DEFERRED FEES - COMPLAINT 20-4023 BALDIGA V BAO | 2700-000 | | $350.00 | $19,573.90 |
| 09/17/20 | 13 | ATTORNEY MATTHEW KIDD 12 ERICSSON STREET BOSTON, MA 02122 | SANCTIONS PAYMENT | 1249-000 | $500.00 | | $20,073.90 |
| 09/18/20 | 13 | DAVID G. BAKER, ESQ. 236 HUNTINGTON AVENUE SUITE 317 BOSTON, MA 02115 | SANCTIONS PAYMENT | 1249-000 | $500.00 | | $20,573.90 |
| 11/12/20 | 13 | LAW OFFICE OF MATTHEW KIDD BANK OF AMERICA CASHIER'S CHECK | PAYMENT REQUIRED BY COURT ORDER 242 | 1249-000 | $4,300.00 | | $24,873.90 |
| 11/12/20 | 13 | LAW OFFICE OF MATTHEW KIDD BANK OF AMERICA CASHIER'S CHECK | PAYMENT REQUIRED BY COURT ORDER 242 | 1249-000 | $5,700.00 | | $30,573.90 |
| 03/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.49 | $30,543.41 |

Page Subtotals: $31,000.00 $456.59

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 19-41928

Case Name: LUKE LEON TOOLEY

Taxpayer ID No: XX-XXX9005

For Period Ending: 12/07/2021

Trustee Name: Joseph H. Baldiga, Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0479

Checking

Blanket Bond (per case limit): $40,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/10/21 | 2005 | COMMONWEALTH OF MASSACHUSETTS MA DOR, BANKRUPTCY UNIT PO BOX 9564 BOSTON, MA 02114-9564 | 30-6669005/MA FORM 2 12/31/20 | 2820-000 | | $379.00 | $30,164.41 |
| 10/12/21 | 2006 | Joseph H. Baldiga Chapter 7 Trustee MIRICK, OCONNELL, DEMALLIE & LOUGEE 1800 WEST PARK DRIVE SUITE 400, WESTBOROUGH, MA 01581-3926 | Final distribution representing payment per court order. | 2100-000 | | $2,191.17 | $27,973.24 |
| 10/12/21 | 2007 | MIRICK, O'CONNELL 100 FRONT STREET 18TH FLOOR WORCESTER, MA 01608 | Final distribution representing payment per court order. | 3110-000 | | $19,041.91 | $8,931.33 |
| 10/12/21 | 2008 | MIRICK, O'CONNELL 100 FRONT STREET 18TH FLOOR WORCESTER, MA 01608 | Final distribution representing payment per court order. | 3120-000 | | $493.33 | $8,438.00 |
| 10/12/21 | 2009 | VERDOLINO & LOWEY, P.C. ATTN: MARK MOLLO PINEBROOK OFFICE PARK 124 WASHINGTON STREET FOXBOROUGH, MA 02035 | Final distribution representing payment per court order. | 3410-000 | | $901.51 | $7,536.49 |
| 10/12/21 | 2010 | VERDOLINO & LOWEY, P.C. ATTN: MARK MOLLO PINEBROOK OFFICE PARK 124 WASHINGTON STREET FOXBOROUGH, MA 02035 | Final distribution representing payment per court order. | 3420-000 | | $36.49 | $7,500.00 |
| 10/12/21 | 2011 | MICHAEL GHOSH 275 MEDICAL DRIVE #313 CARMEL, IN 46082 | Final distribution representing payment per court order. | 5700-000 | | $7,500.00 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $31,000.00 | $31,000.00 |
| Less: Bank Transfers/CD's | | $20,000.00 | $0.00 |
| Subtotal | | $11,000.00 | $31,000.00 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Page Subtotals: | | $0.00 | $30,543.41 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

Net                           $11,000.00        $31,000.00

Page Subtotals:                                  $0.00            $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 19-41928

Case Name: LUKE LEON TOOLEY

Taxpayer ID No: XX-XXX9005

For Period Ending: 12/07/2021

Trustee Name: Joseph H. Baldiga, Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0560

Earnest Money Deposits

Blanket Bond (per case limit): $40,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/05/20 | 7 | MARY BAO, TRUSTEE OF THE LUKE L. TOOLEY, JR. REVOCABLE TRUST | 1ST SETTLEMENT PAYMENT | 1141-000 | $5,000.00 | | $5,000.00 |
| 06/19/20 | 7 | MARY BAO, TRUSTEE | SETTLEMENT PAYMENT | 1141-000 | $5,000.00 | | $10,000.00 |
| 07/08/20 | 7 | MARY BAO, TRUSTEE | SETTLEMENT PAYMENT ADV PROC | 1141-000 | $5,000.00 | | $15,000.00 |
| 07/29/20 | 7 | MARY BAO, TRUSTEE | SETTLEMENT | 1141-000 | $5,000.00 | | $20,000.00 |
| 08/05/20 | | Transfer to Acct # xxxxxx0479 | Transfer of Funds | 9999-000 | | $20,000.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $20,000.00 | $20,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $20,000.00 |
| Subtotal | $20,000.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,000.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Page Subtotals: $20,000.00 $20,000.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0479 - Checking | $11,000.00 | $31,000.00 | $0.00 |
| XXXXXX0560 - Earnest Money Deposits | $20,000.00 | $0.00 | $0.00 |
| | $31,000.00 | $31,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $31,000.00 |
| Total Gross Receipts: | $31,000.00 |

Page Subtotals:    $0.00    $0.00