UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Lance Laconi,        Plaintiff, ) ) ) | |
| v. ) | Case No. 4:25-cv-10107-DHH |
| ) | |
| Michael Ghosh,        Defendant. ) ) ) | |

## **ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel for

Plaintiff Lance Laconi and requests that all notices and orders given or required to be given in this case

and all papers served in this case be given and served upon the undersigned at the e-mail address and

mailing address set forth below in the signature block.

Respectfully submitted,
Lance Laconi
By his attorney,
/s/ James P. Ehrhard
James P. Ehrhard, Esq.
BBO # 651797
Ehrhard & Associates, P.C.
27 Mechanic Street, Suite 101
Worcester, MA 01608
(508) 791-8411
ehrhard@ehrhardlaw.com

Dated: March 20, 2026

## <u>CERTIFICATE OF SERVICE</u>

I, James P. Ehrhard, do hereby certify that upon receipt of the notice of electronic service, I will immediately serve a copy of the above Appearance to the parties listed below via first class mail if not noted as having received electronic service:

Michael Ghosh, Esq. (*pro se*)
The Ghosh Law Office, LLC
275 Medical Drive #313
Carmel, Indiana 46082
mike@ghoshlegal.com

/s/ James P. Ehrhard<br>James P. Ehrhard, Esq.

Dated:  March 20, 2026