UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LANCE LACONI | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:25-cv-10107-DHH |
| *vs.* | ) | |
| | ) | |
| MICHAEL GHOSH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO COMPEL DISCOVERY

Comes now the Defendant, Michael Ghosh ("Ghosh"), *pro se*, and respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 37(a), Mass. R. Civ. P. 37(a) and Rule 37.1 of the Local Rules of the United States District Court for the District of Massachusetts, for an Order compelling the Plaintiff, Lance Laconi ("Laconi"), to provide full and complete responses to Defendant's First Set of Interrogatories to Plaintiff, and in support of this Motion, Ghosh states as follows:

1.      That on March 23, 2026, Ghosh served Defendant's First Set of Interrogatories upon Laconi's counsel.

2.      Pursuant to the Federal Rules of Civil Procedure, Laconi's responses were due on or before April 25, 2026.

3.      To date, Laconi has failed to serve any responses.

4.      The requested discovery seeks relevant, non-privileged information central to the issues in this case.

5.      In accordance with both Federal and Local Rules, Ghosh certifies that he has attempted to confer in good faith with Laconi's counsel to resolve this dispute without Court intervention, but

1

these efforts have been unsuccessful.

6.    Ghosh has sent emails requesting status to Laconi's counsel on May 4, 2026 and July 10, 2026, as well as, contacting his office on July 10, 2026 and speaking directly with a member of his staff in order to provide him a message regarding the status of the discovery responses and to schedule a discovery conference.

7.    A discovery conference was not held due to the fact that as of the time of filing, Ghosh has still not received any response from Laconi's counsel[1].

WHEREFORE, Ghosh respectfully requests the Court enter an Order compelling Laconi to provide full and complete responses to the outstanding discovery within fourteen (14) days, and for all other relief just and proper in the premises.

July 23, 2026
Date

Respectfully submitted,

/s/ Michael Ghosh
Michael Ghosh, pro se
The Ghosh Law Office, LLC
275 Medical Drive #313
Carmel, IN 46082
(317) 572-8571

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been sent for filing with the Court via the PACER electronic filing system on July 23, 2026 and notice of this filing will be sent to the following parties by operation of the Court's CM/ECF System upon filing:

James P. Ehrhard
Ehrhard & Associates, P.C.
27 Mechanic Street, Suite 101
Worcester, MA 01608
ehrhard@ehrhardlaw.com

/s/ Michael Ghosh
Michael Ghosh, pro se

---

[1] Ghosh hereby certifies pursuant to L.R., D. Mass. 37.1 that the provisions of this rule have been complied with.